441 A.2d 785

Commonwealth v. Nelson, Appellant.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

441 A.2d 785

Commonwealth v. Patterson, Appellant.
Petition for Allowance of Appeal Denied May 6, 1982.

Submitted September 23, 1981. Peter J. O'Donnell, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order appealed from is affirmed.